**FILED**

JUL 29 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Deborah-Denise Dubose, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **09 1404** |
| | ) | |
| Cofritz Co/ Riggs Plaza Apts., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint.

The complaint alleges that the defendant allows "Federal Prisoners [to] run the whole Apt Complex[]" where the plaintiff lives. Compl. at 1. It alleges that the prisoners bring her "look-alike" to the Complex and that the look-alike enters the plaintiff's apartment when the plaintiff is not present. *Id.* It also alleges that two prisoners "have there [sic] house arrest machines, illegally hooked up to my electric and have been for over 4½ years. They both threaten to rope and whatever else to me to my face, and the Rental Office laughs about it." *Id.* This complaint presents the sort of "fantastic or delusional scenarios" that warrant dismissal of an action as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints that are filed by plaintiffs proceeding *in forma pauperis*). A separate order accompanies this memorandum opinion.

Date: 7/24/09

_____
United States District Judge

(N)

3